FILED
CHARLOTTE, N.C.
APR - 5 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. NO. 3:06MC42-C

IN RE: PAYMENT OF FINES, COURT COSTS, AND RESTITUTION

This matter is before the court on its own motion to establish uniform policy regarding the payment of interest on court ordered fines, court costs and restitution. Unless otherwise ordered by the sentencing judge at the time of sentencing, no interest will be charged on the outstanding balance of any special assessments, fines, court-appointed counsel costs, or restitution imposed in criminal cases.

Further, unless otherwise stated by the sentencing judge at the time of sentencing, payment of any special assessments, fines, court-appointed counsel costs, or restitution imposed in criminal cases will be due and payable immediately.

The Clerk is directed to serve this Order on all counsel registered with this court for the purpose of electronic filing, the United States Attorney and the Chief Community Defender.

SO ORDERED this 28th day of March, 2006.

Richard L. Voorhees, Chief
U.S. District Court Judge

Lacy H. Thornburg
U.S. District Court Judge

Robert J. Conrad, Jr.
U.S. District Court Judge

Graham C. Mullen, Senior
U.S. District Court Judge